IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JAYMIE QUIGLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>DALE WINTER,<br><br>    Defendant. | No. 06-CV-4053-DEO<br><br>JUDGMENT IN A CIVIL CASE |

This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**THAT**, plaintiff Jaymie Quigley recover Thirteen Thousand Six Hundred Eighty-five dollars and no cents ($13,685.00) in compensatory damages; and Four Hundred dollars and no cents ($400.00) for breach of contract damages; and Twenty Thousand Five Hundred Twenty-seven dollars and fifty cents ($20,527.50) for punitive damages from defendant Dale Winter.

**IT IS FURTHER ORDERED AND ADJUDGED**

**THAT** plaintiff recovery Twenty Thousand dollars and no cents ($20,000.00) in attorney fees; and One Thousand Five Hundred Eighty-seven dollars and Eighty-eight cents ($1,587.88) in costs from defendant.

Dated: 10-10-2008

ROBERT L. PHELPS, JR.
Clerk

APPROVED AS TO FORM:

_/s/ Donald E. O'Brien_
Donald E. O'Brien
Senior Judge

/S/ Paul Coberly
(By) Deputy Clerk